UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**MICHAEL I. FISKE.**,

                                  Plaintiff,                1:11-CV-1155
      vs.                                                         (NAM/RFT)

**CATHOLIC CHARITIES DISABILITIES SERVICES, ET AL**

                              **Defendants.**
_____

**Norman A. Mordue, U.S. District Judge**

     **JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court has been advised by counsel that the parties in the above-captioned case have reached a settlement. (Dkt. No. 30). Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

     ORDERED, as follows:

     1) The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

     2) The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated. Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3.

     IT IS SO ORDERED.

Date:  July 2, 2012

                                                           Honorable Norman A. Mordue
                                                           U.S. District Judge